**MEMO ENDORSED**

Law Offices of
**JAMES E. BAHAMONDE, P.C.**

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/17

May 30, 2017

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

RE: *Zayas v. Little West 12th Street Realty, L.P., et al.*
SDNY  17cv3111 (VEC)(DCF)

Dear Judge Caproni:

This Office represents the plaintiff in the above referenced action. We submit this letter motion on behalf of Plaintiff and Serafina Meatpacking LLC to request an adjournment of the initial conference scheduled for June 2, 2017. This is parties first request for an adjournment of this conference.

Parties submit this joint request for an adjournment because Defendant Serafina Meatpacking LLC's attorney, Sarah Hook, and I are unavailable on June 2, 2017. Therefore, Defendant's counsel and I respectfully request that the initial conference be adjourned to one of the following dates: June 14, June 19, or June 29.

Thank you very much for your consideration of this request.

Respectfully,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.

cc: (via ECF)
Sarah Hook, Esq.
Jackson Lewis PC
*Attorneys for Serafina Meatpacking LLC*

The initial pretrial conference is adjourned to June 9, 2017, at 10:00 a.m., in Courtroom 443 of the Thurgood Marshall Courthouse. The parties' joint letter and proposed case management plan are due no later than June 2, 2017. The Court only holds initial pretrial conferences on Fridays at 10:00 a.m.

SO ORDERED.

*[signature]* 5/31/17

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE