USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
EDWIN ZAYAS, Individually and on Behalf of
All Others Similarly Situated,

                      Plaintiff,  :     17-CV-3111 (VEC)

            -against-  :     ORDER

LITTLE WEST 12TH STREET REALTY, L.P.
and SERAFINA MEATPACKING LLC,

                     Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS an initial pre-trial conference in this matter was scheduled for June 9, 2017;

      WHEREAS counsel for Plaintiff did not appear at the June 9, 2017 conference and did not seek an adjournment in advance of the conference;

      IT IS HEREBY ORDERED that by **June 16, 2017** Plaintiff is directed to show cause why this case should not be dismissed for failure to appear and why the Court should not sanction Plaintiff for same.

**SO ORDERED.**

**Date:  June 9, 2017**  
      **New York, New York**

                                            **VALERIE CAPRONI**  
                                            **United States District Judge**