# jackson|lewis.

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (212) 545-4072
EMAIL ADDRESS: SARAH.HOOK@JACKSONLEWIS.COM

October 6, 2017

**VIA ECF**

Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

         Re:  Zayas v. Serafina Meatpacking LLC et al
            <u>Case No.: 17-cv-3111</u>

Dear Judge Caproni:

  We represent Defendants Little West 12th Street Realty L.P. and Serafina Meatpacking LLC (collectively "Defendants") in connection with the above-referenced matter, and submit this letter jointly with counsel for Plaintiff. We write to provide the Court with a status letter.

  We are pleased to report that after extensive negotiations the parties reached an agreement in principle to resolve the case. In light of the agreement in principle, the parties respectfully request that the pre-trial conference scheduled for October 13, 2017 be adjourned sine die, pending the parties drafting and execution of a settlement agreement, and filing of a stipulation of dismissal. We anticipate that this will occur in the next approximately thirty (30) days. There has been no prior request to adjourn the pretrial conference.

  Thank you for your consideration in this regard.

           Respectfully submitted,

           JACKSON LEWIS P.C.

           Sarah K. Hook

cc: James E. Bahamonde, Esq. (Plaintiff's Counsel, via ECF)