USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
EDWIN ZAYAS, Individually and on Behalf of :
All Others Similarly Situated,            :
                                          :
                  Plaintiff,              :    17-CV-3111 (VEC)
                                          :
      -against-                           :    ORDER
                                          :
LITTLE WEST 12TH STREET REALTY, L.P.      :
and SERAFINA MEATPACKING LLC,             :
                                          :
                                          :
                  Defendants.             :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

By letter dated October 6, 2017 (Dkt. 23), the parties reported to the Court that they have reached a settlement in principle of this matter.

Accordingly, it is hereby ORDERED that this action will be dismissed without costs (including attorneys' fees) to either party on **November 7, 2017** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. To be clear, any request that the action not be dismissed **must** be filed **on or before November 7, 2017**; any request filed thereafter may be denied solely on that basis.

If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **October 31, 2017**, they must submit the settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices, along with a request that the Court

issue an order expressly retaining jurisdiction to enforce their settlement agreement.  *See*

*Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

All deadlines and court conferences previously scheduled in this matter are cancelled.

**SO ORDERED.**

Date:  October 10, 2017  
       New York, NY

_____  
**VALERIE CAPRONI**  
**United States District Judge**