```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
EDWIN ZAYAS, Individually and on Behalf of :
All Others Similarly Situated,                :
                                              :
                    Plaintiff,                :    17-CV-3111 (VEC)
                                              :
         -against-                            :    ORDER
                                              :
LITTLE WEST 12TH STREET REALTY, L.P.          :
and SERAFINA MEATPACKING LLC,                 :
                                              :
                                              :
                    Defendants.               :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS by letter dated October 6, 2017, the parties reported to the Court that they have reached a settlement of this matter;

   WHEREAS on October 10, 2017 the Court entered an Order directing that this action be dismissed without costs on November 7, 2017 unless before that date one or more of the parties filed a letter with the Court requesting that the action not be dismissed or stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement; and

   WHEREAS no party filed a letter with the Court requesting that this action not be dismissed;

   IT IS HEREBY ORDERED that this action shall be dismissed.  The Clerk of Court is respectfully requested to terminate any open motions and close the case.

**SO ORDERED.**

Date:  November 16, 2017                    _____
       New York, NY                         **VALERIE CAPRONI**
                                            **United States District Judge**